IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL AVERY,

    Plaintiff,

v.                                         No. 1:15-cv-00760-MV-GBW

BERNALILLO COUNTY, et al.,

    Defendants.

## REPORT AND RECOMMENDATIONS

This matter is before me on review of the record. On September 16, 2015, the undersigned entered an Order to Show Cause requiring Plaintiff to show cause as to why his case should not be dismissed for his apparent failure to notify the court of a change of address. *Doc. 8*. The Order informed Plaintiff that the local rules require him to notify the Court if he changes his address. D.N.M.LR-Civ. 83.6. Plaintiff was advised that sanctions could include dismissal for violation of the local rules. Plaintiff was also advised that a failure to respond to the Order would constitute an independent basis for dismissal. Plaintiff has failed to update his address or to respond to the Order to Show Cause.

For the reasons discussed above, I recommend that the Court dismiss Plaintiff's case without prejudice for violations of the Local Rules, failure to prosecute, and failure to respond to the Order to Show Cause.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE

> **THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1).  **A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition.  If no objections are filed, no appellate review will be allowed.**